IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID GLENN MORRIS,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-604-CG-B |
| ) | |
| **DANIEL B. O'BRIEN, et al.,** ) | Bankr. Case. No. 14-01944-MAM-13 |
| ) | |
| Appellees. ) | |

## ORDER

This matter is before the court on the limited remand from the Eleventh Circuit Court of Appeals. The Eleventh Circuit has retained jurisdiction over this case, but remanded the case for the limited purpose of allowing this Court to amend the case caption in this matter.

The District Court docket in this case lists John C. McAleer III and Charles Baer as the appellees in this bankruptcy appeal. Daniel B. O'Brien has succeeded John C. McAleer III as the Chapter 13 trustee in debtor's case. Additionally, Charles Baer, who was the Assistant United States Attorney who represented the United States in the Bankruptcy Court and in District Court, was erroneously listed. The appellees that should be named in this matter are Chapter 13 Trustee Daniel B. O'Brien and The United States.

Accordingly, the **Clerk** is **DIRECTED** to amend the case caption in this matter to reflect that the Appellees are Chapter 13 Trustee Daniel B. O'Brien and The United States. John C. McAleer III and Charles Baer should be removed from

the case caption, after which the case should be referred back to the Court of Appeals.

**DONE** and **ORDERED** this 14th day of April, 2016.

                                       /s/ Callie V. S. Granade
                            **SENIOR UNITED STATES DISTRICT JUDGE**